**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

GREGORY LEE MCCALL
REG #15064-045                                                                                              PLAINTIFF

v.                                          2:12-CV-00032-JMM-JJV

USA; and
HOY, RN, FCI-Forrest City                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this  27   day of   February , 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE