**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

GREGORY LEE MCCALL
REG #15064-045 PLAINTIFF

v. 2:12-CV-00032-JMM-JJV

USA; and
HOY, RN, FCI-Forrest City DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 27 day of February, 2012.

*/s/ James M. Moody*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE