IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GREGORY LEE MCCALL
REG #15064-045                                                                              PLAINTIFF

v.                                          2:12-CV-00032-JMM-JJV

USA; and
HOY, RN, FCI-Forrest City                                                                DEFENDANTS

## ORDER

Plaintiff's Motion for Reconsideration of Order and Judgment denying his Application to Proceed Without Prepayment of Fees and Affidavit and dismissing his Complaint pursuant to the three strikes rule (Doc. No. 16) is DENIED.

IT IS SO ORDERED this  9  day of May 2012.


                                                            _____
                                                            JAMES M. MOODY
                                                            UNITED STATES DISTRICT JUDGE